IN THE UNITED STATES DISTRICT COURT
FOR THE NORTH DISTIRCT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **MARION WILLIS,** | ) | |
| **VARICK BROWN,** | ) | |
| **ALAIN MIRAND,** | ) | |
| **MONICA RIVERS,** | ) | |
| | ) | |
|     **PLAINTIFFS,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.:** |
| | ) | **1:12-cv-01243-TWT** |
| **ANY TEST, P.C.,** | ) | |
| | ) | |
|     **DEFENDANT.** | ) | |
| _____ | ) | |

## NOTICE OF VOLUNTARILY DISMISSAL WITH PREJUDICE

NOW COME, Plaintiffs, Marion Willis, Varick Brown Alain Mirand, and Monica Rivers, for themselves and all those similarly situated, and hereby voluntarily dismiss the above captioned complaint with prejudice.

Respectfully submitted, this 28th day of September, 2012.

*Attorneys for Plaintiff*

**THE LAW OFFICE OF
ADAM P. TAYLOR, P.C.**

*/s/ Adam P. Taylor*_____
Georgia Bar No. 156495

Page-1-

352 Sandy Springs Circle
Suite 500
Atlanta, Georgia 30328
Telephone:  (404) 437-6494
Facsimile:  (404) 806-7152
Email:      adamptaylor@gmail.com


**DEMELFI LAW GROUP, LLC**

*/s/ Frank DeMelfi*_____
Frank DeMelfi, Esq.
Georgia Bar No. 320128

4651 Woodstock Road
Suite 208-103
Roswell, Georgia 30075
Telephone:  (678) 948-7808
Facsimile:  (866) 674-7808
Email:      fdemelfi@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTH DISTIRCT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **MARION WILLIS,** | ) | |
| **VARICK BROWN,** | ) | |
| **ALAIN MIRAND,** | ) | |
| | ) | |
|     **PLAINTIFFS,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.:** |
| | ) | **1:12-cv-01243-TWT** |
| **ANY TEST, P.C.,** | ) | |
| | ) | |
|     **DEFENDANT.** | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

    THE UNDERSIGNED counsel for Plaintiff hereby certifies that this day he caused the foregoing **Notice of Voluntarily Dismissal With Prejudice** to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send an electronic mail notification of such filling sufficient to constitute service to all counsel of record:


Adam P. Taylor, Esq.                               Gordon Burger, Esq.
The Law Office of Adam P. Taylor, P.C.             Wagner, Johnston & Rosenthal, P.C.

Respectfully submitted, this 28th day of September, 2012.

**DEMELFI LAW GROUP, LLC**

*/s/ Frank DeMelfi*_____
Frank DeMelfi, Esq.
Georgia Bar No. 320128

4651 Woodstock Road
Suite 208-103
Roswell, Georgia 30075
Telephone:   (678) 948-7808
Facsimile:   (866) 674-7808
Email:         fdemelfi@gmail.com